THE WATER POWER AND CONTROL COMMISSION, Appellant, v. THE NIAGARA FALLS POWER COMPANY, Respondent.— Motion for permission to file brief as *amicus curiæ* and to argue orally on the appeal herein granted, and the brief of the *amicus curiæ* shall be filed and served on the attorneys for the respective parties herein on or before the 15th day of August, 1940. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## FIRST DEPARTMENT, JULY, 1940.
### (July 5, 1940.)

HOWARD W. LYON and Others v. CHARLES R. HOLTON and Others and WILLIAM A. MITCHELL and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of BARBARA M. STEHLE, Also Known as BARBARA M. HANDEL, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HENRY C. BURNSTINE, Suing Individually and in the Name and on Behalf of PLAYLAND HOLDING CORPORATION, v. PLAYLAND HOLDING CORPORATION and A. JOSEPH GEIST.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of IRVING W. SCHEIBER against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

BANK OF YORKTOWN v. JOHN P. BOLAND and Others and FINANCIAL EMPLOYEES ORGANIZING COMMITTEE, C. I. O.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See *ante*, p. 987.] Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

CARLL SMITH CHACE v. ELEANOR UPTON CHACE.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EDWARD FURMAN v. OLIVE GROVES FURMAN, Also Known as OLIVE KRAUSS, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH JOHNSON against LEWIS J. VALENTINE, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN STRACQUADANIO and Others Similarly Situated for a Final Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.